UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

JAMODA FULLER AHMED,

Plaintiff,

**MEMORANDUM & ORDER**
26-CV-1464 (EK)(JAM)

-against-

SENATOR BUCKER MISSISSIPPI,

Defendant.

------------------------------------x

ERIC KOMITEE, United States District Judge:

Jamoda Fuller Ahmed brings claims against "Bucker," a defendant identified only as a "Senator" who resides in Mississippi. Compl. 2, ECF No. 1. Some of the details of the handwritten complaint are not discernable. But she alleges that a "couple month[s] ago," someone whose name is illegible "had sex without my permission." Ahmed appears *pro se* and moves to proceed *in forma pauperis*. ECF No. 2. For the reasons set forth below, that motion is denied without prejudice.

Under 28 U.S.C. § 1914, the filing fee to commence a civil action is $350, with an additional administrative fee of $55, for a total of $405. Under 28 U.S.C. § 1915, the Court may waive the filing fee upon finding a plaintiff indigent. Ahmed indicates that she receives disability income from Social Security, but she does not state the amount. ECF No. 2, at 1. Ahmed's response to the question requesting the type and amount

of monthly expenses is non-responsive. She lists only the numbers "100" and "6,770.00" without identifying what expenses they represent. She also states that her financial obligations include "rent, loan to bank, credit cards" but indicates neither the amounts nor to whom they are payable, as required. Based on the lack of information, the Court is unable to find that she is entitled to proceed *in forma pauperis*.

Should plaintiff wish to proceed with this action, she must either (1) pay the requisite filing fee to the Clerk of Court, or (2) submit a valid long-form *in forma pauperis* application. If plaintiff fails to do either within fourteen days, this action will be dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore denies *in forma pauperis* status for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). The Clerk of Court

is respectfully directed to mail a copy of this order to plaintiff and to note the mailing on the docket.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated: November 18, 2026
Brooklyn, New York